# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ROBERT BURKS, | Civil No. 21-cv-0455 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| JUSTIN PAGE, MID MINNESOTA LEGAL SERVICES, | |
| Defendant. | |

---

Robert Burks, 314 Hennepin Ave, #1008, Minneapolis, MN 55401, *pro se* plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated March 15, 2021 (ECF No. 3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction

2. The application to proceed *in forma pauperis* of plaintiff Robert Burks (ECF No. 2) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 16, 2021
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court